Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 16−31904−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steve G Caslin
   6 Mouse Creek Court
   Howell, NJ 07731

Social Security No.:
   xxx−xx−6117

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/14/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 14, 2020
JAN: dmi

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 16-31904-MBK

Steve G Caslin                                                                                  Chapter 13

    Debtor(s)

## CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                                           Page 1 of 2
Date Rcvd: Oct 14, 2020                   Form ID: 148                                          Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steve G Caslin, 6 Mouse Creek Court, Howell, NJ 07731-2914 |
| 516676505 | | Bayview Loan Servicing, LLC, M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 516589115 | + | Bayview Loan Servicing, LLC, McCalla Raymer Pierce, LLC, c/o Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 517982440 | | Bayview Loan Servicing, LLC, P. O. Box 650091, Dallas, TX 75265-0091 |
| 517982441 | | Bayview Loan Servicing, LLC, P. O. Box 650091, Dallas, TX 75265-0091, Bayview Loan Servicing, LLC, P. O. Box 650091 Dallas, TX 75265-0091 |
| 516502326 | #+ | KML Law Group, 216 Haddon Avenue Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2020 21:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2020 21:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516502325 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 14 2020 22:00:00 | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, 5th Floor, Miami, FL 33146-1873 |
| 516743923 | | EDI: PRA.COM | Oct 15 2020 01:23:00 | Portfolio Recovery Associates, LLC, c/o Orchard Bank, POB 41067, Norfolk VA 23541 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 14, 2020 | Form ID: 148 | Total Noticed: 10 |

Date: Oct 16, 2020       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
   on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
   docs@russotrustee.com

Denise E. Carlon
   on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
   on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

James J. Cerbone
   on behalf of Debtor Steve G Caslin cerbonelawfirm@aol.com cerbonejr83307@notify.bestcase.com

Rebecca Ann Solarz
   on behalf of Creditor Bayview Loan Servicing  LLC rsolarz@kmllawgroup.com

TOTAL: 6